# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

ROCHELLE PHILLIPS, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS,
and KENNETH VECCHIONE,

                Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number: 05-277

TO:    MBNA CORP.
         c/o The Corporation Trust Company
         Corporation Trust Center
         1209 Orange Street
         Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Seth D. Rigrodsky (DSBA #3147)
    Ralph N. Sianni (DSBA #4151)
    Brian D. Long (DSBA #4347)
    MILBERG WEISS BERSHAD & SCHULMAN LLP
    919 N. Market St., Suite 411
    Wilmington, DE 19801
    Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         5/9/05

CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/9/05 |
| NAME OF SERVER (PRINT) Nick Meadows | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served MBNA Corp, by serving its Registered Agent, The Corporation Trust Co, at 1209 Orange St, Wilm DE 19801 at 4:00pm Person Accepting Service: Brian Penrod

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/05
Date

Signature of Server

Parcels Inc
4 E 7th St
Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.