UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself ) <br> and All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MBNA CORP., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:05-cv-00272-GMS <br><br> <u>CLASS ACTION</u> |
| ROCHELLE PHILLIPS, On Behalf of ) <br> Herself and All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MBNA CORP., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:05-cv-00277-GMS <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL

**JULY 5, 2005**

| | |
|---|---|
| ROBERT WILKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00287-GMS<br><br><u>CLASS ACTION</u> |
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00289-GMS<br><br><u>CLASS ACTION</u> |
| GREG PENN,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00293-GMS<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>    Defendants. | Civil Action No. 1:05-cv-00316-GMS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | | |
|---|---|---|
| MICHAEL D. BLUM, | ) | Civil Action No. 1:05-cv-00372-GMS |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| MBNA CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Case 1:05-cv-00277-GMS   Document 5-2   Filed 07/05/2005   Page 3 of 4

| | | |
|---|---|---|
| MICHAEL D. BLUM, | ) | Civil Action No. 1:05-cv-00372-GMS |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| vs. | ) | |
| MBNA CORP., et al., | ) | |
| Defendants. | ) | |

Having considered the motion of City of Deerfield Beach Non-Uniform Employees Retirement Plan ("City of Deerfield Beach") for Consolidation, Appointment As Lead Plaintiff And Approval Of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Jeffrey S. Goddess, in support thereof, and good cause appearing therefor:

1.  The Actions are hereby consolidated;

2.  City of Deerfield Beach is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.  The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel and the law firm of Rosenthal, Monhait, Gross & Goddess, P.A. is hereby appointed Liaison Counsel.

IT IS SO ORDERED.

DATED: _____            _____
                                  THE HONORABLE GREGORY M. SLEET
                                  UNITED STATES DISTRICT JUDGE

I:\MBNA\LP Motion\DE\LP Order.doc