IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
---------------------------------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                Defendants. :
:
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

———————————————————x
: 
ROBERT WILKINS, Individually and on behalf : 
of all others similarly situated, : Case No. 1:05-cv-00287-GMS
: 
     Plaintiff, : <u>CLASS ACTION</u>
: 
 vs. : 
: 
MBNA CORP., BRUCE L. HAMMONDS, : 
KENNETH A. VECCHIONE, RICHARD K. : 
STRUTHERS, CHARLES C. KRULAK, JOHN : 
R. COCHRAN, III, MICHAEL G. RHODES, : 
LANCE L. WEAVER, and JOHN W. : 
SCHEFLEN, : 
: 
     Defendants. : 
: 
———————————————————x
: 
LEONARD BRONSTEIN, On behalf of himself : 
and all others similarly situated, : Case No. 1:05-cv-00289-GMS
: 
     Plaintiff, : <u>CLASS ACTION</u>
: 
 vs. : 
: 
MBNA CORP., BRUCE L. HAMMONDS, : 
KENNETH A. VECCHIONE, RICHARD K. : 
STRUTHERS, CHARLES C. KRULAK, JOHN : 
R. COCHRAN, III, MICHAEL G. RHODES, : 
LANCE L. WEAVER, and JOHN W. : 
SCHEFLEN, : 
: 
     Defendants. : 
: 
———————————————————x

―――――――――――――――――――――――x
: 
GREG PENN, On behalf of himself and all others similarly situated,
: Case No. 1:05-cv-00293-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,
:
:
Defendants. :
―――――――――――――――――――――――x
:
CLIFFORD W. JONES, On behalf of himself and all others similarly situated,
: Case No. 1:05-cv-00316-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,
:
Defendants. :
―――――――――――――――――――――――x
:
MICHAEL D. BLUM, On behalf of himself and all others similarly situated,
: Case No. 1:05-cv-00372-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER
:
:
Defendants. :
―――――――――――――――――――――――x

```
─────────────────────────────────────x
                                     :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,       :   Case No. 1:05-cv-00389-GMS
                                     :
                Plaintiff,           :   CLASS ACTION
                                     :
        vs.                          :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCRAN, III, MICHAEL G. RHODES,   :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                     :
                Defendants.          :
                                     :
─────────────────────────────────────x
```

## [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005

_____
United States District Court Judge