IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                   :  Case No. 1:05-cv-00272-GMS
:
Plaintiff,                  :  CLASS ACTION
:
vs.                                          :
:
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
:
Defendants.                 :
:
---------------------------------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,               :  Case No. 1:05-cv-00277-GMS
:
Plaintiff,                  :  CLASS ACTION
:
vs.                                          :
:
MBNA CORP., BRUCE L. HAMMONDS, and           :
KENNETH . VECCHIONE,                         :
:
Defendants.                 :
:
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF ITS SELECTION OF LEAD COUNSEL**

```
─────────────────────────────────────x
                                     :
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated,    :   Case No. 1:05-cv-00287-GMS
                                     :
              Plaintiff,             :   CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.         :
SCHEFLEN,                            :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
                                     :
LEONARD BRONSTEIN, On behalf of himself :
and all others similarly situated,   :   Case No. 1:05-cv-00289-GMS
                                     :
              Plaintiff,             :   CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.         :
SCHEFLEN,                            :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
```

```
─────────────────────────────────x
                                 :
GREG PENN, On behalf of himself  :
and all others similarly situated,  :   Case No. 1:05-cv-00293-GMS
                                 :
           Plaintiff,            :   CLASS ACTION
                                 :
    vs.                          :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, and LANCE L. WEAVER,  :
                                 :
           Defendants.           :
                                 :
─────────────────────────────────x
                                 :
CLIFFORD W. JONES, On behalf of  :
himself and all others similarly :
situated,                        :   Case No. 1:05-cv-00316-GMS
                                 :
           Plaintiff,            :   CLASS ACTION
                                 :
    vs.                          :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
and KENNETH A. VECCHIONE,        :
                                 :
           Defendants.           :
                                 :
─────────────────────────────────x
                                 :
MICHAEL D. BLUM, On behalf of    :
himself and all others similarly :
situated,                        :   Case No. 1:05-cv-00372-GMS
                                 :
           Plaintiff,            :   CLASS ACTION
                                 :
    vs.                          :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
KENNETH A. VECCHIONE, JOHN R.    :
COCRAN, III, RICHARD K. STRUTHERS, :
and LANCE L. WEAVER,             :
                                 :
           Defendants.           :
                                 :
─────────────────────────────────x
```

```
―――――――――――――――――――――――x
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,              :   Case No. 1:05-cv-00389-GMS
                                            :
                 Plaintiff,                 :   CLASS ACTION
                                            :
       vs.                                  :
                                            :
MBNA CORP., BRUCE L. HAMMONDS,              :
KENNETH A. VECCHIONE, RICHARD K.            :
STRUTHERS, CHARLES C. KRULAK, JOHN          :
R. COCRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER and JOHN W. SCHEFLEN,       :
                                            :
                 Defendants.                :
                                            :
―――――――――――――――――――――――x
```

RALPH SIANNI, of full age, hereby declares under penalties of perjury:

1. I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

4. Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

5. Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005            /s/ Ralph Sianni
                               Ralph Sianni