UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated<br><br>   Plaintiff,<br><br> v.<br><br>MBNA CORPORATION, et al.<br><br>   Defendants. | Civil Action No. 05-00277-GMS |

## ENTRY OF APPEARANCE

TO: CLERK, UNITED STATES DISTRICT COURT
   WILMINGTON, DELAWARE

Please enter the appearance of undersigned counsel as attorneys for defendants.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants

OF COUNSEL:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Phone: 212-558-4000

DATED: August 23, 2005

DB01:1823697.1                          064261.1001

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershard & Schulman LLP
>919 North Market Street, Suite 411
>Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants