IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
———————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                Defendants. :
:
———————————————————————x

**(Additional Captions Set Forth Below)**

**NOTICE OF CHANGE OF FIRM ADDRESS**

|  |  |
|---|---|
| ─────────────────────────── x : | |
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, : : : | Case No. 1:05-cv-00287-GMS |
| Plaintiff,    : : | CLASS ACTION |
| vs.    : : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : | |
| Defendants.   : : | |
| ─────────────────────────── x : | |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, : : : | Case No. 1:05-cv-00289-GMS |
| Plaintiff,    : : | CLASS ACTION |
| vs.    : : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : | |
| Defendants.   : : | |
| ─────────────────────────── x | |

―――――――――――――――――――――――x
:
GREG PENN, On behalf of himself and all others :
similarly situated,                            :   Case No. 1:05-cv-00293-GMS
                                               :
            Plaintiff,                         :   CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.               :
STRUTHERS, and LANCE L. WEAVER,                :
                                               :
            Defendants.                        :
                                               :
―――――――――――――――――――――――x
:
CLIFFORD W. JONES, On behalf of himself and    :
all others similarly situated,                 :   Case No. 1:05-cv-00316-GMS
                                               :
            Plaintiff,                         :   CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS, and             :
KENNETH A. VECCHIONE,                          :
                                               :
            Defendants.                        :
                                               :
―――――――――――――――――――――――x
:
MICHAEL D. BLUM, On behalf of himself and      :
all others similarly situated,                 :   Case No. 1:05-cv-00372-GMS
                                               :
            Plaintiff,                         :   CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, JOHN R.                  :
COCRAN, III, RICHARD K. STRUTHERS, and         :
LANCE L. WEAVER,                               :
                                               :
            Defendants.                        :
                                               :
―――――――――――――――――――――――x

```
─────────────────────────────────────x
                                     :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,       :   Case No. 1:05-cv-00389-GMS
                                     :
              Plaintiff,             :   CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCRAN, III, MICHAEL G. RHODES,   :
LANCE L. WEAVER and JOHN W. SCHEFLEN,:
                                     :
              Defendants.            :
                                     :
                                     :
─────────────────────────────────────x
```

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad & Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone: (302) 984-0597
> Facsimile: (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED: October 7, 2005                             Respectfully submitted,

                                              **MILBERG WEISS BERSHAD
                                               & SCHULMAN LLP**

                                              By: /s/ Ralph N. Sianni
                                              Seth D. Rigrodsky, Esq. (#3147)
                                              Ralph Sianni, Esq. (#4151)
                                              919 N. Market Street, Suite 980
                                              Wilmington, Delaware 19801
                                              (302) 984-0597

                                                  --and--

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

3

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| Joseph A. Rosenthal | Richard H. Morse |
| Jeffrey S. Goddess | **YOUNG CONAWAY STARGATT** |
| **ROSENTHAL, MONHAIT, GROSS &** | **& TAYLOR LLP** |
| **GODDESS, P.A.** | 1000 West Street, 17th Floor |
| 919 Market Street, Suite 1401 | P.O. Box 391 |
| Wilmington, DE 19801 | Wilmington, DE 19899-0391 |
| Tel.: (302) 656-4433 | Tel.: (302) 571-6651 |
| Email: rmgg@rmgglaw.com | E-mail: rmorse@ycst.com |

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

- 3 -

| | |
|---|---|
| James M. Orman<br>**JAMES M. ORMAN, ATTORNEY AT LAW**<br>1845 Walnut Street, 14th Floor<br>Philadelphia, PA 19103<br>Tel.: (215) 523-7800<br>Fax: (215) 523-9290 | Lester L. Levy<br>Michael A. Schwartz<br>Caroline S. Curtis<br>**WOLF POPPER, LLP**<br>845 Third Avenue<br>New York, NY 10017<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093 |

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799