IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all :
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
Defendants. :
:
---------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
Defendants. :
:
---------------------------------------x

**(Additional Captions Set Forth Below)**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, | : x<br>:<br>: Case No. 1:05-cv-00287-GMS |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |
| Defendants. | : x |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, | :<br>: Case No. 1:05-cv-00289-GMS |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |
| Defendants. | : x |

―――――――――――――――――――――x
:
GREG PENN, On behalf of himself and all others   :
similarly situated,                              :   Case No. 1:05-cv-00293-GMS
                                                 :
                    Plaintiff,                   :   <u>CLASS ACTION</u>
                                                 :
vs.                                              :
                                                 :
MBNA CORP., BRUCE L. HAMMONDS,                   :
KENNETH A. VECCHIONE, RICHARD K.                 :
STRUTHERS, and LANCE L. WEAVER,                  :
                                                 :
                    Defendants.                  :
                                                 :
―――――――――――――――――――――x
:
CLIFFORD W. JONES, On behalf of himself and      :
all others similarly situated,                   :   Case No. 1:05-cv-00316-GMS
                                                 :
                    Plaintiff,                   :   <u>CLASS ACTION</u>
                                                 :
vs.                                              :
                                                 :
MBNA CORP., BRUCE L. HAMMONDS, and               :
KENNETH A. VECCHIONE,                            :
                                                 :
                    Defendants.                  :
                                                 :
―――――――――――――――――――――x
:
MICHAEL D. BLUM, On behalf of himself and        :
all others similarly situated,                   :   Case No. 1:05-cv-00372-GMS
                                                 :
                    Plaintiff,                   :   <u>CLASS ACTION</u>
                                                 :
vs.                                              :
                                                 :
MBNA CORP., BRUCE L. HAMMONDS,                   :
KENNETH A. VECCHIONE, JOHN R.                    :
COCRAN, III, RICHARD K. STRUTHERS, and           :
LANCE L. WEAVER                                  :
                                                 :
                    Defendants.                  :
                                                 :
―――――――――――――――――――――x

```
                                                    ─x
                                                    :
SCOTT KIMBALL, On behalf of himself and all         :
others similarly situated,                          :   Case No. 1:05-cv-00643-GMS
                                                    :
                Plaintiff,                          :   CLASS ACTION
                                                    :
        vs.                                         :
                                                    :
MBNA CORP., BRUCE L. HAMMONDS,                      :
KENNETH A. VECCHIONE, RICHARD K.                    :
STRUTHERS, CHARLES C. KRULAK, JOHN                  :
R. COCRAN, III, MICHAEL G. RHODES,                  :
LANCE L. WEAVER and JOHN W. SCHEFLEN,               :
                                                    :
                Defendants.                         :
                                                    :
                                                   ─x
                                                    :
VIRGINIA MCMATH, On behalf of herself and           :
all others similarly situated,                      :   Case No. 1:05-cv-00644-GMS
                                                    :
                Plaintiff,                          :   CLASS ACTION
                                                    :
        vs.                                         :
                                                    :
MBNA CORP., BRUCE L. HAMMONDS,                      :
KENNETH A. VECCHIONE, RICHARD K.                    :
STRUTHERS, CHARLES C. KRULAK, JOHN                  :
R. COCRAN, III, MICHAEL G. RHODES,                  :
LANCE L. WEAVER and JOHN W. SCHEFLEN,               :
                                                    :
                Defendants.                         :
                                                    :
                                                   ─x
```

## ORDER CONSOLIDATING ACTIONS AND
## APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the

PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: Oct 13, 2005

United States District Court Judge

**FILED**

OCT 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE